# EXHIBIT A



February 2, 2021



JOHN D CHACON
CARTER LAKE, IA

Dear John D Chacon,

Nebraska Medicine takes seriously the confidentiality of our patient's information. Regrettably, we are writing to inform you of an incident involving some of that information.

On September 20, 2020, we identified unusual network activity. We immediately took steps to secure the network and began an investigation with the assistance of a computer forensic firm. The investigation determined that an unauthorized person gained access to our network between August 27, 2020 and September 20, 2020. During that time, the unauthorized person deployed malware and acquired copies of some of the information on our systems. On September 24, 2020, we determined that the unauthorized person acquired copies of documents that contained patient information. We conducted a review of all documents involved and determined that one or more files contained your information. This may have included your name, address, date of birth, health insurance information, medical record number, and/or clinical information, which may have included physician notes, laboratory results, imaging, diagnosis information, treatment information, and/or prescription information.

We want you to know that we take this incident very seriously. We have **no** indication that any of your information has been used to commit fraud. However, we recommend that you review the statements you receive from your healthcare provider and health insurer. If you see any charges for services that you did not receive, please call the provider or insurer immediately.

We deeply regret that this incident occurred and for any concern this may cause you. To help prevent something like this from happening again, we are continuing to regularly audit our system for potential unauthorized activity and have implemented and will continue to implement enhanced network monitoring tools.

If you have any questions, please call 1-855-763-0482, Monday through Friday, between 8:00 a.m. and 5:30 p.m. Central Time.

Sincerely,

Debra Bishop
Privacy Officer
Nebraska Medicine

ELN-6747-38046