IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN CHACON, individually and on behalf of all others similarly situated; and LEONARD BRADLEY, individually and on behalf of all others similarly situated; <br><br> Plaintiffs, <br><br> vs. <br><br> NEBRASKA MEDICINE, <br><br> Defendant. | **8:21CV70** <br><br> **ORDER** |

The parties have advised that they have reached an agreement on all material terms and are in the process of drafting, finalizing and executing a formal settlement agreement. (Filing No. 12).

Accordingly,

IT IS ORDERED that the deadline for filing a motion for preliminary approval of the class-action settlement is May 25, 2021.

Dated this 30th day of March, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge